IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEONNA N. LEWIS,

    Plaintiff,                     No. CIV S-06-2770 EFB PS

    vs.

MICHAEL J. ASTRUE,[1]
Commissioner of Social Security,

    Defendant.               <u>ORDER</u>
_____/

    Plaintiff is proceeding *in forma pauperis* and *pro se* with the above-captioned case, in which she seeks review of a decision of the Social Security Administration. On May 23, 2007, defendant filed a motion to dismiss or, in the alternative, for summary judgment. Plaintiff's opposition or statement of non-opposition shall be filed within twenty-one (21) days of the date of service of this order. Plaintiff is admonished that failure to timely file an opposition may be deemed waiver of opposition to the granting of the motion.

    SO ORDERED.

DATED: June 7, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] On February 12, 2007, Michael J. Astrue was appointed Commissioner of Social Security. Pursuant to Fed. R. Civ. P. 25(d)(1), he is substituted in place of the previous Commissioner.